### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ROY LEE RUSSELL**                                                    **PETITIONER**
**ADC #087075**

v.                                          **No. 5:15-cv-6-DPM-HDY**

**WENDY KELLEY, Director, ADC**                      **RESPONDENT**

### ORDER

On *de novo* review, the Court adopts the recommendation, № *9*, in part

and declines it in part. FED. R. CIV. P. 72(b) (1983 Addition to Advisory

Committee Notes). Russell's objection, № *10*, is overruled. Because it isn't

staying this case, the Court will not set deadlines for Russell's pursuing his

state claims and then refiling his federal habeas petition. *Rhines v. Weber*, 544

U.S. 269, 276–78 (2005). No certificate of appealability will issue because

Russell hasn't made a substantial showing about the denial of a constitutional

right. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2015