IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROY LEE RUSSELL                                                        PETITIONER
ADC #087075

v.                              No. 5:15-cv-6-DPM

WENDY KELLEY, Director, ADC                                            RESPONDENT

JUDGMENT

Russell's petition is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

31 March 2015